JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TYRONE MCCOMB, | Case No. CV 15-00152 DOC (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| AMY MILLER, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 28, 2016

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE